## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL DAVID MOORE, et al )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>WEINSTEIN COMPANY, LLC, et al )<br>)<br>Defendants.. ) | Civil No. 3:09-0166<br>Judge Trauger |

### **O R D E R**

Upon reassignment of this case to Judge Trauger, it is hereby ORDERED that the reference to Magistrate Judge Brown is WITHDRAWN.

It is so **ORDERED.**

Enter this 7th day of May 2010.

_____
ALETA A. TRAUGER
United States District Judge