IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL DAVID MOORE, JOYCE ELLEN MOORE, and THE SJM TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> THE WEINSTEIN COMPANY LLC, d/b/a/ DIMENSION FILMS, MGM STUDIOS, INC., GENIUS PRODUCTS, LLC, CONCORD MUSIC GROUP INC., HARVEY WEINSTEIN, and BOB WEINSTEIN, <br><br> Defendants. | Case No. 3:09-0166 <br> Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss for Lack of Personal Jurisdiction of Defendants Harvey Weinstein and Bob Weinstein (Docket No. 22) is **GRANTED** and the Weinsteins are hereby **DISMISSED** from this case; the remaining defendants' Motion to Dismiss for Failure to State a Claim (Docket No. 26) is **DENIED**; the plaintiffs' Motion for Leave to Amend Complaint (Docket No. 94) is **DENIED** without prejudice; and the plaintiffs' Motion for Attorneys' Fees (Docket No. 79) is **REFERRED** to Magistrate Judge Brown for resolution.

It is so ordered.

Enter this 12th day of May 2010.

                                                    ALETA A. TRAUGER
                                                    United States District Judge