# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL DAVID MOORE, professionally known as The Legendary Soul Man Sam Moore, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil No. 3:09-0166 ) Judge Trauger ) ) |
| THE WEINSTEIN COMPANY, LLC, d/b/a Dimension Films, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## O R D E R

Pursuant to the Notice of Bankruptcy Filing By Defendant Metro-Goldwyn-Mayer Studios, Inc. (Docket No. 144), it is hereby **ORDERED** that all proceedings in this case as to this defendant only are **STAYED** pursuant to 11 U.S.C. § 362.

It is so **ORDERED**.

ENTER this 12th day of November 2010.

_____
ALETA A. TRAUGER
U.S. District Judge