IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL DAVID MOORE, professionally known as The Legendary Soul Man Sam Moore, *et al.*, ) ) ) ) Plaintiffs, ) ) v. ) ) THE WEINSTEIN COMPANY, LLC, d/b/a Dimension Films, *et al.*, ) ) ) Defendants. ) | Civil No. 3:09-0166 Judge Trauger |

## **O R D E R**

It is hereby **ORDERED** that a telephone conference will be held with counsel for all parties on Tuesday, December 21, 2010 at 3:00 p.m. CST.

It is so **ORDERED**.

ENTER this 17th day of December 2010.

_____
ALETA A. TRAUGER
U.S. District Judge