## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| SAMUEL DAVID MOORE, professionally | ) | |
| known as The Legendary Soul Man Sam Moore, | ) | |
| *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil No. 3:09-0166 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| THE WEINSTEIN COMPANY, LLC, d/b/a | ) | |
| Dimension Films, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

A telephone conference with counsel for the parties was held on December 21, 2010.

The following are hereby **ORDERED**:

1.     The number of interrogatories that each side may propound to the other is expanded to 60 interrogatories, including subparts.

2.     The plaintiffs shall respond to the outstanding defense interrogatories by January 10, 2011.

3.     By December 29, 2010, the plaintiffs shall designate a substitute for Stephen Zralek to serve as "e-discovery coordinator" for the plaintiffs.

4.     The plaintiffs shall respond to the second set of defense requests for admissions by January 10, 2011.

5.     The plaintiffs are granted leave to file a motion to amend in support of the Amended Complaint filed on December 17, 2010 (Docket No. 146), which Amended Complaint is not yet operative. The plaintiffs shall file this motion to amend by January 5, 2011.

It is so **ORDERED**.

1

ENTER this 21st day of December 2010.

_____
ALETA A. TRAUGER
U.S. District Judge

2