**WALLER LANSDEN DORTCH & DAVIS, LLP**
NASHVILLE CITY CENTER
511 UNION STREET, SUITE 2700
POST OFFICE BOX 198966
NASHVILLE, TENNESSEE 37219-8966
615-244-6380
FEDERAL ID NO. 62-0479474

May 31, 2011
Invoice 10443053
Page 1
Bill Through 04/30/11
Billing Atty: R. Harvey

EXHIBIT 1

| Date | Description | Attorney | Hours | Rate |
|---|---|---|---|---|
| 04/11/11 | work on communication to opposing counsel about failure to meet court's deadline (.1), | R. Harvey | 0.50 hrs. | 400.00/hr |
| 04/11/11 | communicate with opposing counsel re: failure to produce documents pursuant to protective order (.3); | H. Hubbard | 1.80 hrs. | 270.00/hr |
| 04/12/11 | Communicate with A. Lutzker re: document production and failure to comply with court order re: same (.4); | H. Hubbard | 2.10 hrs. | 270.00/hr |



| Date | Attorney | Description | Hours | Rate |
|---|---|---|---|---|
| 04/26/11 | H. Hubbard | follow-up on outstanding discovery (.2); | 1.70 hrs. | 270.00/hr |



| 04/27/11 | Compile list of document requests to which Plaintiffs have not responded (.8); prepare draft of letter to Plaintiffs re: same (1.5) | | |
|---|---|---|---|
| | E. Zibart | 2.30 hrs. | 210.00/hr |

| 04/28/11 | [redacted] work on detailed discovery letter to Lutzker (.8); [redacted] | | |
|---|---|---|---|
| | R. Harvey | 3.10 hrs. | 400.00/hr |

| 04/28/11 | [redacted]; draft detailed letter to A. Lutzker outlining remaining deficiencies in document production and interrogatory responses (1.2); [redacted] | | |
|---|---|---|---|
| | H. Hubbard | 2.10 hrs. | 270.00/hr |

| 04/28/11 | [redacted] revise letter to A. Lutzker re: deficiencies in Plaintiffs' document production (.4) | | |
|---|---|---|---|
| | E. Zibart | 2.20 hrs. | 210.00/hr |

| 04/29/11 | Finalize and send letter to A. Lutzker re: discovery issues | | |
|---|---|---|---|
| | H. Hubbard | 0.50 hrs. | 270.00/hr |

WALLER LANSDEN DORTCH & DAVIS, LLP
NASHVILLE CITY CENTER
511 UNION STREET, SUITE 2700
POST OFFICE BOX 198966
NASHVILLE, TENNESSEE 37219-8966
615-244-6380
FEDERAL ID NO. 62-0479474

July 27, 2011
Invoice 10446653
Page 1
Bill Through 05/31/11
Billing Atty: R. Harvey

| | | | | |
|---|---|---|---|---|
| 05/09/11 | review discovery response letter from A. Lutzker and coordinate efforts to upload and review documents and analyze revised responses (.5); | | | |
| | H. Hubbard | L390 | 1.00 hrs. | 270.00/hr |

|       |       | E. Zibart |       | L320 | 0.80 hrs. | 210.00/hr |
|-------|-------|-----------|-------|------|-----------|-----------|

05/09/11  Review additional documents and responses to document requests produced by Plaintiffs
          E. Zibart                          L320   1.10 hrs.   210.00/hr

05/10/11  Review Plaintiffs' supplemental responses to requests for documents and identify issues therein
          E. Zibart                          L320   0.70 hrs.   210.00/hr

05/11/11  work on letter to A. Lutzker on his deficient responses (1.3)
          R. Harvey                          L330   2.40 hrs.   400.00/hr

05/11/11  finalize and send follow-up letter to A. Lutzker re: Plaintiffs' discovery (.9)
          H. Hubbard                         L390   5.70 hrs.   270.00/hr

| Date | Description | | Code | Hours | Rate |
|---|---|---|---|---|---|
| 05/26/11 | Work on discovery dispute issues (.9); | | | | |
| | R. Harvey | | L330 | 1.90 hrs. | 400.00/hr |
| 05/26/11 | prepare for and participate in "meet and confer" with A. Lutzker (3.2); outline letter to A. Lutzker summarizing agreement (.4) | | | | |
| | H. Hubbard | | L390 | 4.90 hrs. | 270.00/hr |


| Date | Description | | Code | Hours | Rate |
|---|---|---|---|---|---|
| 05/27/11 | Work on discovery dispute issues over ESI, tax returns, etc., and make assignments (.9); | | | | |
| | R. Harvey | | L320 | 2.70 hrs. | 400.00/hr |
| 05/31/11 | detailed letter to A. Lutzker confirming meet and confer (2.2); | | | | |
| | H. Hubbard | | L390 | 4.40 hrs. | 270.00/hr |

| Date | Description | Code | Hours | Rate |
|---|---|---|---|---|
| 05/31/11 | Review and revise letter from H. Hubbard to A. Lutzker confirming issues discussed in meet and confer<br>E. Zibart | L390 | 0.40 hrs. | 210.00/hr |

**WALLER LANSDEN DORTCH & DAVIS, LLP**
NASHVILLE CITY CENTER
511 UNION STREET, SUITE 2700
POST OFFICE BOX 198966
NASHVILLE, TENNESSEE 37219-8966
615-244-6380
FEDERAL ID NO. 62-0479474

August 22, 2011
Invoice 10449997
Page 1
Bill Through 06/30/11
Billing Atty: R. Harvey

| Date | Description | | Code | Hours | Rate |
|---|---|---|---|---|---|
| 06/06/11 | Review emails and production and draft letter to A. Lutzker in response | | | | |
| | Hubbard, Heather J | | L350 | 1.10 hrs. | 270.00/hr |
| 06/07/11 | review detailed communications from Lutzker on discovery disputes and additional documents being produced by plaintiffs (.3); work on disc | | | | |
| | Harvey, Robb S. | | L390 | 2.40 hrs. | 400.00/hr |

| Date | Description | | | |
|---|---|---|---|---|
| 06/08/11 | Review letter from A. Lutzker (.2); draft joint statement in support of motion to compel and send to A. Lutzker (1.4); | | | |
| | Hubbard, Heather J | L390 | 4.90 hrs. | 270.00/hr |
| 06/08/11 | Conduct preliminary review of additional documents produced by Plaintiffs in order to determine document requests for which no response has been provided | | | |
| | Zibart, Emily J. | L320 | 1.20 hrs. | 210.00/hr |
| 06/09/11 | conference call with A. Lutzker and S. Martin (1.1) | | | |
| | Hubbard, Heather J | L390 | 4.10 hrs. | 270.00/hr |

| Date | Description | Code | Hours | Rate |
|---|---|---|---|---|
| 06/14/11 | follow-up with A. Lutzker re: revisions to joint statement (.2) Hubbard, Heather J | L390 | 1.20 hrs. | 270.00/hr |
| 06/15/11 | Communicate with A. Lutzker re: ESI and motion to compel (.6); Hubbard, Heather J | L350 | 2.50 hrs. | 270.00/hr |
| 06/16/11 | Communicate with A. Lutzker (.2); work on memorandum of law in support of motion to compel (2.1) Hubbard, Heather J | L350 | 2.30 hrs. | 270.00/hr |

| Date | Description | Code | Hours | Rate |
|---|---|---|---|---|
| 06/16/11 | Commence drafting renewed motion to compel discovery responses<br>Zibart, Emily J. | L350 | 3.10 hrs. | 210.00/hr |
| 06/17/11 | preliminary work on motion to compel (.7);<br>Harvey, Robb S. | L330 | 1.70 hrs. | 400.00/hr |
| 06/17/11 | Perform legal research re: various issues to be included in motion to compel re: possibility of discovery sanctions and re: compelling ill or infirm party to attend depositions<br>Scott, David C | L350 | 1.20 hrs. | 200.00/hr |
| 06/17/11 | Continue researching and revising brief in support of motion to compel<br>Zibart, Emily J. | L350 | 5.60 hrs. | 210.00/hr |
| 06/18/11 | follow up on brief in support of motion to compel (.3)<br>Harvey, Robb S. | L310 | 0.50 hrs. | 400.00/hr |
| 06/19/11 | Work on brief in support of motion to compel<br>Harvey, Robb S. | L390 | 1.30 hrs. | 400.00/hr |
| 06/20/11 | Work on materials supporting motion to compel discovery responses by plaintiffs (.9); | | | |



| Date | Description | Attorney | Task | Hours | Rate |
|---|---|---|---|---|---|
| 06/20/11 | Work on memorandum of law in support of motion to compel | Hubbard, Heather J | L350 | 4.20 hrs. | 270.00/hr |
| 06/21/11 | work on brief in support of motion to compel and supporting filings (1.2); | Harvey, Robb S. | L390 | 2.60 hrs. | 400.00/hr |
| 06/21/11 | work on exhibits to motion to compel (1.3); draft motion to compel (.4); draft motion for leave to file under seal (.3); further work on memorandum of law (2.4); email to A. Lutzker re: Concord ESI results, deposition schedules, and joint statement (.5); telephone call from A. Lutzker (.4) | Hubbard, Heather J | L350 | 6.30 hrs. | 270.00/hr |
| 06/21/11 | Finalize brief in support of Defendants' motion to compel discovery responses | Zibart, Emily J. | L350 | 0.90 hrs. | 210.00/hr |

**WALLER LANSDEN DORTCH & DAVIS, LLP**
NASHVILLE CITY CENTER
511 UNION STREET, SUITE 2700
POST OFFICE BOX 198966
NASHVILLE, TENNESSEE 37219-8966
**615-244-6380**
FEDERAL ID NO. 62-0479474

August 26, 2011
Invoice 10450631
Page 1
Bill Through 07/31/11
Billing Atty: R. Harvey

07/07/11
          (.4); review and analyze Plaintiffs' response to Defendants' motion to compel and outline strategy for reply (2.8)
    Hubbard, Heather J        L350    9.50 hrs.    270.00/hr

07/07/11    Review and evaluate Plaintiffs' response to Defendants' Motion to Compel discovery responses
    Zibart, Emily J.        L350    0.60 hrs.    210.00/hr

| Date | Description | Attorney | Task | Hours | Rate |
|---|---|---|---|---|---|
| 07/12/11 | work on reply brief in support of motion to compel (1.1) | Hubbard, Heather J | L330 | 4.80 hrs. | 270.00/hr |
| 07/13/11 | work on reply brief (1.7); | Hubbard, Heather J | L350 | 4.20 hrs. | 270.00/hr |
| 07/13/11 | Revise reply brief in support of motion to compel | Zibart, Emily J. | L350 | 1.10 hrs. | 210.00/hr |

| Date | Description | | | |
|---|---|---|---|---|
| 07/14/11 | Work on reply brief in support of Defendants' motion to compel (1.1); | | | |
| | Harvey, Robb S. | L390 | 2.00 hrs. | 400.00/hr |
| 07/14/11 | Work on reply brief (4.3); | | | |
| | Hubbard, Heather J | L350 | 5.70 hrs. | 270.00/hr |
| 07/15/11 | finalize and file reply brief (2.9); | | | |
| | Hubbard, Heather J | L350 | 4.20 hrs. | 270.00/hr |
| 07/15/11 | Review and finalize reply brief re: motion to compel Zibart, Emily J. | L350 | 1.10 hrs. | 210.00/hr |