UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL DAVID MOORE, JOYCE ELLEN MOORE, and THE SJM TRUST, <br><br>  Plaintiffs, <br><br> v. <br><br> THE WEINSTEIN COMPANY, LLC, doing business as DIMENSION FILMS; METRO-GOLDWYN-MAYER STUDIOS, INC.; GENIUS PRODUCTS, LLC; and CONCORD MUSIC GROUP, INC., <br><br>  Defendants, | Case No. 3:09-CV-00166 <br><br> Judge Aleta A. Trauger <br> Magistrate Judge Brown |

## ORDER

For the reasons set forth in the accompanying Memorandum, the court finds as follows:

- The defendants' Motion to Exclude Report and Testimony of John Simson (Docket No. 298) is **GRANTED**;

- The defendants' Motion to Exclude Report and Testimony of Peter Benjaminson (Docket No. 300) is **GRANTED**;

- The defendants' Motion to Strike Declaration of Anne H. Chasser (Docket No. 354) is **GRANTED IN PART** and **DENIED IN PART**. Paragraphs 14-17 of the Chasser Declaration (Docket No. 342, Ex. 36) are hereby **STRICKEN**;

- The defendants' Motion to Strike Declaration of Joyce Moore (Docket No. 355) is **GRANTED IN PART** and **DENIED IN PART**. Paragraphs 3, 4, 8, 9, 12, 13, 16-18 and 23 and identified portions of ¶¶ 6, 14, and 19-21 of the Joyce Moore Rebuttal Declaration (Docket No. 342, Ex. 1), are hereby **STRICKEN**;

- The defendants' Motion for Summary Judgment (Docket No. 303) is **GRANTED**.

1

All claims by the plaintiffs are hereby **DISMISSED**. Entry of this order constitutes judgment in the case.

It is so **ORDERED**.

Enter this 23rd day of May 2012.

_____
ALETA A. TRAUGER
United States District Judge

2

Case 3:09-cv-00166   Document 376   Filed 05/23/12   Page 2 of 2 PageID #: 11220