**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Motion DENIED.

| | |
|---|---|
| Samuel David Moore (professionally known as ) | |
| The Legendary Soul Man Sam Moore); ) | |
| Joyce Ellen Moore; and The SJM Trust ) | |
| ) | **CIVIL ACTION No. 3:09-CV-166** |
| Plaintiffs, ) | **Judge Trauger** |
| ) | **Magistrate Judge Brown** |
| v. ) | |
| ) | |
| The Weinstein Company LLC, d/b/a ) | |
| Dimension Films; Metro-Goldwyn-Mayer ) | |
| Studios, Inc.; Genius Products, LLC; Concord ) | |
| Music Group, Inc. ) | |
| ) | |
| Defendants. ) | |

PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' RESPONSE TO PLAINTIFFS'
OPPOSITION TO MAGISTRATE BROWN'S ACTION ON COSTS

Plaintiffs move the Court to strike as untimely filed Defendants' Response to Plaintiffs'

Opposition to Magistrate Brown's Action on Costs.

**I.      Procedural History**

On June 22, 2012, Defendants filed a Bill of Costs in this case. (Doc. 382). The Clerk

taxed costs to the Plaintiffs on July 2, 2012. (Doc. 383). In this Court's July 22, 2012, Order

Plaintiffs were granted leave to file objections to Defendants' Bill of Costs, and the matter was

referred to Magistrate Judge Brown. (Doc. 386). Pursuant to that Order, Plaintiffs filed their

Objections on July 18, 2012. (Doc. 387). Defendants filed a response to Plaintiffs' Objections

(Doc. 391), and Plaintiffs filed a reply (Doc. 393).