UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL DAVID MOORE, JOYCE ELLEN MOORE, and THE SJM TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> THE WEINSTEIN COMPANY, LLC, doing business as DIMENSION FILMS; METRO-GOLDWYN-MAYER STUDIOS, INC.; GENIUS PRODUCTS, LLC; and CONCORD MUSIC GROUP, INC., <br><br> Defendant. | Case No. 3:09-CV-00166 <br><br> Judge Aleta A. Trauger <br> Magistrate Judge Brown |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Magistrate Judge's December 18, 2012 Report & Recommendation (Docket No. 402) is **ACCEPTED IN PART and REJECTED IN PART**. The Clerk's original taxation of costs (Docket No. 383) is hereby **VACATED**. The Clerk is hereby directed to tax costs against the plaintiffs in the amount of $18,396.18.

It is so **ORDERED**.

Enter this 25th day of August 2014.

_____
ALETA A. TRAUGER
United States District Judge

1